IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **14-cv-01002-JLK**

**KARLA CRUZ,**

Plaintiff,

v.

**DIVERSIFIED CONSULTANTS, IN C., a Florida corporation,**

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Kane, J.

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY

ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own

attorneys fees and costs.

Dated:  August 7, 2014

BY THE COURT:

*S/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT